**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:91cr3067LAC

HIAWATHA TIBBS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __November 8, 2005__
Motion/Pleadings: __RELIEF FROM JUDGMENT OR ORDER PURSUANT TO F.R.Civ.P.60(b)(6)__
Filed by __DEFENDANT, PRO SE__ on __10/24/05__ Doc.# __236__
RESPONSES:
                                                      on _____ Doc.# _____
                                                      on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ / Mary Maloy
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of December, 2005, that:*

*(a) The relief requested is* **DENIED.**

*(b) Despite Defendant's efforts to characterize this claim for relief as under Rule 60(b), the proper avenue for relief is the filing of a second or successive motion under section 2255, which requires authorization from the Eleventh Circuit.  See Gonzalez v. Secretary for Dept. of Corrections, 366 F.3d 1253, 1277 (11th Cir. 2004).*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

s/ *L.A. Collier*
***LACEY A. COLLIER***
*United States District Judge*

Document No.