# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:91cr3067LAC

HIAWATHA TIBBS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __January 10, 2006__

Motion/Pleadings:  __MOTION FOR RECONSIDERATION OF ORDER DENYING PETITIONER'S RULE 60(b)(6) MOTION ON 12/1/05 (DOC #237)__

Filed by __DEFENDANT PRO SE__ on __12/23/05__ Doc.# __238__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

                                                                         *s/L.A. Collier*
                                                                         ***LACEY A. COLLIER***
                                      *Senior United States District Judge*

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.