*FLN (Rev. 4/2004) Deficiency Order*                                                               *Page 1 of 1*
*3:91cr3067LAC - UNITED STATES OF AMERICA vs. HIAWATHA TIBBS*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      vs                                     Case No.3:91cr3067LAC

HIAWATHA TIBBS

_____

## ORDER

Your document, **MOTION TO STAY NOTICE OF APPEAL**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service to the United States of America (service upon U. S. Attorney's Office)

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 3rd day of February, 2006.

                                                         *s/L.A. Collier*
                                                         LACEY A. COLLIER
                                                         SENIOR UNITED STATES DISTRICT JUDGE