## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    Case No: 3:91cr3067/LAC

HIAWATHA TIBBS

---

## ORDER

       The defendant has filed a notice of appeal (doc. 254) which this court construes as a  request for a certificate of appealability.[1]  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. <u>See</u> 28 U.S.C. 2253(c)(1)(B). Appeal of denial of Rule 60(b) motion requires a certificate of appealability.  *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003).   A COA should not issue in the appeal from the denial of a Rule 60(b) motion unless the petitioner shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion, see *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion.").  Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

       Defendant's motion for leave to proceed *in forma pauperis* (doc. 245) was previously denied, as he had not shown that the appeal is in good faith or that he is otherwise entitled

---

[1]*See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).

to so proceed.  Fed.R.App.P. 24(a)(3).  (Doc. 249.)  Defendant shall pay the $255.00 filing fee within thirty days.

DONE AND ORDERED this 16th day of March, 2006.

s/*L. A. Collier*                                    
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**