**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

      VS                                       CASE NO.  3:91cr3067LAC

HIAWATHA TIBBS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____ April 20, 2007 _____

Motion/Pleadings___ PERMISSION TO SUPPLEMENT MOTION TO SET ASIDE AND
CORRECT SENTENCE _____

Filed by DEFENDANT PRO SE _____ on _4/6/07_____ Doc.# _264_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated _____ Joint Pldg.

_____ Unopposed _____ Consented

                                  WILLIAM M. McCOOL, CLERK OF COURT

_____         *s/Mary Maloy*_____

LC (1 OR 2)           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of April, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

_____

_____

                                s/*L.A. Collier*

_____

                             ***LACEY A. COLLIER***
              ***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.