IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    3:91cr03067/LAC

HIAWATHA TIBBS

_____

## ORDER

      The defendant has filed a notice of appeal, which this court construes as a  request for a certificate of appealability[1] (doc. 270), of the order entered on August 15, 2007 (doc. 269) denying his motion to correct clerical mistake or oversight.  (Doc. 266)  Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order, a certificate of appealability is DENIED.

      DONE AND ORDERED this 25th day of October, 2007.

s/*L.A. Collier*_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

_____

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).