IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 3:91cr3067/LAC

HIAWATHA TIBBS,

    Defendant.
_____/

## ORDER

This cause is before the Court on remand from the Eleventh Circuit Court of Appeals. The remand is limited to a determination of whether there exists excusable neglect or good cause to justify an extension of time for the Defendant's notice of appeal from the Court's August 15, 2007, Order denying his "Motion to Correct Clerical Mistake or Oversight." In accordance with the appellate opinion in this case and with *United States v. Ward*, 696 F.2d 1315, 1317-18 (11th Cir. 1983), the Defendant shall have until **January 24, 2008**, to show good cause as to why this extension should be granted.

**ORDERED** on this 8th day of January, 2008.

                                                                     s/*L.A. Collier*
                                                                  Lacey A. Collier
                                                      Senior United States District Judge