# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                       CASE NO.  3:91CR3067LAC

HIAWATHA TIBBS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___December 4, 2008___

Motion/Pleadings:__MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__

Filed by_DEFENDANT PRO SE_____ on___11/06/08_____ Doc.#__299_____

RESPONSES:

BY GOVERNMENT_____ on 12/5/08_____ Doc.# 300_____

BY DEFENDANT_____ on 12/22/08_____ Doc.# 301_____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                           WILLIAM M. McCOOL, CLERK OF COURT

                           *s/Mary Maloy*

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of January, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) The defendant was sentenced as a career criminal.  The defendant is not eligible for relief pursuant to Amendment 706 to the Sentencing Guidelines due to the fact his total offense level remains at 34 pursuant to the Career Offender Provision §4B1.1.*

                           s/*L.A. Collier*

                           **LACEY A. COLLIER**
             **Senior United States District Judge**

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.