**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                         CASE NO.  3:91cr03067-01/LAC

HIAWATHA TIBBS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 25, 2009
Motion/Pleadings:  MOTION FOR RECONSIDERATION ORDER DENYING MOTION TO REDUCE SENTENCE RE: USSC CRACK COCAINE AMENDMENT 18:3582 (Doc. 302)
Filed by  DEFENDANT            on   2/02/2009     Doc.#   303

RESPONSES:
   None                           on              Doc.# 
                                  on              Doc.# 
_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)         Deputy Clerk: Jerry Marbut

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 2nd day of March, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*