IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HIAWATHA TIBBS

vs. 3:91cr03067/LAC
3:09cv331/LAC/MD

UNITED STATES OF AMERICA
_____

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 20, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 322) is DISMISSED as untimely and successive.

DONE AND ORDERED this 8th day of September, 2009.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**