IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                          CASE NO.:   3:91cr3067/LAC
                                                      3:09cv327/LAC/MD

HIAWATHA TIBBS
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 7, 2009. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 319) is DISMISSED as untimely and successive.

DONE AND ORDERED this 25th day of September, 2009.

                                         s/_L.A. Collier_____
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**