IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                            3:91cr3067/LAC
                                                                   3:10cv440/LAC/MD

HIAWATHA TIBBS
_____

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 1, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing the objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The emergency motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 347) is DISMISSED as untimely and successive.

DONE AND ORDERED this 18th day of November, 2010.

                                                    s/*L.A. Collier*
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**