# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

**vs.**                              **3:91cr3067/LAC**
                                               **3:10cv440/LAC/MD**

**HIAWATHA TIBBS**

___

## ORDER

      The defendant has filed a request for certificate of appealability (doc. 353) of this court's order dismissing his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 350). The court's order dismissed the motion as an improper second or successive motion, but this dismissal does not preclude the defendant from seeking leave from the Eleventh Circuit to re-file the motion in this court, if such leave is granted. In any event, unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), his request for a certificate of appealability is denied.

      Defendant has not filed a motion for leave to proceed *in forma pauperis.* Were he to file such a motion, it would be denied as the court finds that he had not shown that the appeal is in good faith or that he is otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

**DONE AND ORDERED this 11th day of January, 2011.**

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**