IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                              Case No.    3:91cr3067/LAC
                                             3:12cv304/LAC/CJK

HIAWATHA TIBBS,
    Defendant.
_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 24, 2011. (Doc. 400). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.	The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 397) is DISMISSED as untimely and successive.

DONE AND ORDERED this 10th day of August, 2012.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**